```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4
 5  Attorney for Material Witness
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO.  08CR1191
                                 )            08MJ1009
12              Plaintiff,       )
                                 )  CERTIFICATE OF SERVICE
13  vs.                          )
                                 )
14  Angel Jose BERMUDEZ (1),     )
                                 )
15  David PEREZ-Lemos(2),        )
                                 )
16              Defendants.      )
    _____)
17
18      I, hereby certify that on today's date, I electronically filed
19  the attached documents with the Clerk of the Court using the CM/ECF
20  system, which will automatically send electronic notification of
21  such filing and a copy of such filings to the following:
22      US Attorney: Peter Mazza, email: peter.mazza@usdoj.gov
23      Defendant Angel Jose BERMUDEZ Attorney:
24      Joseph Milchen, email: JMilchen@cox.net
25      Defendant David PEREZ-Lemos Attorney:
26      Norma Aguilar, email: norma_aguilar@fd.org
27  Date:  April 18, 2008
28  By:  /ss/Thomas G. Gilmore
         THOMAS G. GILMORE, Attorney for Material Witness
```

1