```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4
 5  Attorney for Material Witnesses
```

FILED
2008 MAY 21 PM 2:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____KNH____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 08CR1191 DMS |
|---|---|
|  | )         08MJ1009 |
| Plaintiff, | ) |
| vs. | ) ORDER RELEASING |
|  | ) MATERIAL WITNESSES |
| Angel Jose BERMUDEZ, et al, | ) |
| Defendants. | ) |

On application of Thomas G. Gilmore, attorney for the material witnesses, with agreement of all parties and their respective attorneys of record;

IT IS HEREBY ORDERED that the following named persons heretofore committed to the custody of the United States Marshal as material witness be released from custody (Depositions taken):

1. Carlos Del Monte-Palacios;
2. Olegario Noriega-Gonzalez; and

/////
/////
/////

1

```
 1         3.   Rodrigo Angulo-Arzate.
 2
 3    DATED: 5/21/08                    _____
 4                                      UNITED STATES DISTRICT COURT JUDGE
                                        **CATHY ANN BENCIVENGO**
 5    Approved as to form:              **U.S. MAGISTRATE JUDGE**
 6    United States Attorney
 7
      by: _____  Peter J. Mazza
 8       Peter Mazza, Esq.
         Assistant U.S. Attorney
 9
10    _____         _____
      Joseph Milchen, Esq.              Angel Jose Bermudez
11    Attorney for Defendant            Defendant
      Angel Jose Bermudez
12
13    _____         _____
      Norma A. Aguilar, Esq.            David Perez-Lemos
14    Attorney for Defendant            Defendant
      David Perez-Lemos
```