# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 21  P 4: 14

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08mj1009 |
| Plaintiff ) | CRIMINAL NO. 08cr1191-DMS |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Angel Jose Bermudez, et al ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge  **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**Carlos Del Monte-Palacios**

DATED: 5/21/2008

**CATHY ANN BENCIVENGO**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
            DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by /s/ K. HAMMERLY
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082