UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 21  P 4:14

UNITED STATES OF AMERICA, )
      Plaintiff )
       )
      vs. )
*Angel Jose Bermudez, et al* )
      Defendant(s) )

08mj1009
CRIMINAL NO. 08 cr 1191·DMS

ORDER

RELEASING MATERIAL WITNESS

Booking No.

**CATHY ANN BENCIVENGO**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

*Olegario Noriega - Gonzalez*

DATED: 5/21/2008

**CATHY ANN BENCIVENGO**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
    DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by

Deputy Clerk

**K. HAMMERLY**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082